In the Matter of EDWARD J. SIMPSON, an Incompetent Person. WALTER SIMPSON, as Substituted Committee, Appellant. WIRT C. GROOM, as Acting Superintendent of Hudson River State Hospital, Appellant.

Submitted January 6, 1947; decided January 16, 1947.

*Nathaniel L. Goldstein*, Attorney-General (*Louis E. Cooper* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion unless appellant serves and files an undertaking on appeal and pays $10 costs within ten days in which event motion denied.